

**MEMORANDUM OPINION**

No. 04-08-00515-CV

Elfreddie **LEE**, Jr., et al.,
Appellants

v.

**COUNTY OF GUADALUPE**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 92-0636-CV
Honorable Dwight E. Peschel, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:    August 20, 2008

DISMISSED

Appellants have filed a motion to dismiss this appeal, and appellee has not opposed the

dismissal.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Costs of the appeal are taxed against appellants.


PER CURIAM